**No. 54046.**—Mondial Co. *v.* United States, protest 147813–K (New York).

Opinion by COLE, J.   In accordance with stipulation that 46 cases of sardines in oil, valued at over 23 cents per pound, including the weight of the immediate container, were withdrawn subsequent to the effective date of T. D. 51802, as amended by T. D. 51954, the claim at 15 percent under paragraph 718 (a) was sustained.